UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:　　　　　　　　　Case Number 07-11713 JHW

Debtor: Gregory Williams

| Check Number | Creditor | Amount |
|---|---|---|
| 1676582 | Wells Fargo Home Mortgage, Inc. | 1.509.81 |

/s/ Isabel C. Balboa
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  January 6, 2010